

NUMBER 13-11-00348-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HAROLD BOENIG,                                                    Appellant,

v.

JOHN P. JACKSON AND DEBORAH K. JACKSON,          Appellees.

On Appeal from the 24th District Court
of Refugio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Harold Boenig, filed an appeal from a judgment entered by the 24th

District Court of Refugio County, Texas, in cause number 2008-2-10698.   The parties

have filed a joint motion to dismiss the appeal on grounds that the parties have reached a

settlement agreement.   The parties request that this Court dismiss this appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
18th day of August, 2011.